IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE D. MOORE,                          1:05-CV-1009 REC WMW P

        Plaintiff,

  vs.                                          ORDER TO SUBMIT CERTIFIED
                                          COPY OF PRISON TRUST ACCOUNT
D. SNELL, et al.,                         STATEMENT **OR** PAY FILING FEE

        Defendants.
_____/

      Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has not, however, filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit a certified copy of his trust account statement in support of his request to proceed in forma pauperis, **or** pay the $250.00 filing fee.

      In accordance with the above, IT IS HEREBY ORDERED that within thirty days of the date of service of this order, plaintiff shall submit a certified copy of his prison trust

1   account statement for the six month period immediately preceding the filing of the complaint, or

2   in the alternative, pay the $250.00 filing fee for this action.  Failure to comply with this order will

3   result in a recommendation that this action be dismissed.

4   IT IS SO ORDERED.

5   **Dated:   August 29, 2005**                        _____/s/  **William M. Wunderlich**_____
    j14hj0                                                 UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26