IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE D. MOORE,

    Plaintiff,                   CV F 05 1009 LJO WMW   P

  vs.                                 ORDER

D. SNELL, et al.,

    Defendants.

    Plaintiff, an inmate in the custody of the California Department of Corrections at Corcoran State Prison, brings this civil rights action pursuant to 42 U.S.C. § 1983 against defendant correctional officials employed by the Department of Corrections at Avenal State Prison.

    This lawsuit arises from a disturbance that occurred on October 22, 2004.  Plaintiff alleges that the facility was put on lock down while interviews were being conducted.  On October 28, 2004, Defendant Correctional Officer Snell attempted to interview Plaintiff. Plaintiff refused to be interviewed.  Plaintiff alleges that the following occurred:

> At that time C/O D. Snell ordered me to put my hands behind my back.  While putting my hands behind my back C/O D. Snell became aggressive with how he was applying the restraints.  The restraints were improperly applied to the point that the circulation in my right wrist was being cut off.  I asked C/O D. Snell would he please readjust the restraints.  C/O D. Snell continued to apply the

1

> restraints improperly while stating that he could care less. I then
> began to prosume to lay down in a non-agressive position face
> down on the ground. While in this position C/O D. Snell jumped
> on to my back and applied unwarranted use of force that resulted
> in my left elbow right wrist being cut severely and bleeding.

Plaintiff was then escorted to the Program Office. Plaintiff alleges that Defendant Sergeant Wick denied Plaintiff's request for medical care, and directed that Plaintiff be moved out of his housing unit and into the gym in order to hide Plaintiff's injuries.

The Court has screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it appears to state cognizable claims for relief under 42 U.S.C. § 1983 against Defendant Snell for excessive force and Defendant Wick for deliberate indifference to his medical care. Accordingly, it is HEREBY ORDERED that:

1. Service is appropriate for the following defendants:

    C/O D. SNELL

    SGT. WICK

2. The Clerk of the Court shall send plaintiff two USM-285 forms, two summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed August 5, 2005.

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. Three copies of the endorsed complaint filed August 5, 2005.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal

Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:    June 28, 2007**                              **/s/  William M. Wunderlich**
                                                                    UNITED STATES MAGISTRATE JUDGE