IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE D. MOORE, | 1:05-cv-01009 LJO WMW (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT |
| vs. | |
| D. SNELL, et al., | (DOCUMENT #17) |
| Defendants. | THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On September 20, 2007, defendants filed a motion to extend time to file a response to the complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendants are granted thirty (30) days from the date of service of this order in which to file a response to the complaint.

IT IS SO ORDERED.

**Dated:  October 4, 2007**            /s/ William M. Wunderlich
                                 UNITED STATES MAGISTRATE JUDGE