1

2                    IN THE UNITED STATES DISTRICT COURT

3                  FOR THE EASTERN DISTRICT OF CALIFORNIA

4

5

6

7   GEORGE D. MOORE,

8              Plaintiff,              CV F 05 1009  LJO WMW P

9         vs.                         FINDING S AND RECOMMENDATION

10

11

12   D. SNELL, et al.,

13              Defendants.

14

15        Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights actin

16   pursuant to 42 U.S.C. § 1983.

17        On November 9, 2007, Defendants filed a motion to dismiss this action pursuant to Local

18   Rule 12(b) in the ground that Plaintiff failed to exhaust his available administrative remedies

19   prior to filing suit.  Plaintiff has failed to oppose the motion.

20        Local Rule 78-230(m) provides that the failure to oppose a motion "may be deemed a

21   waiver of any opposition to the granting of the motion..."  The court will deem plaintiff's failure

22   to oppose defendant's motion to dismiss a waiver, and recommend that the motion be granted on

23   that basis.

24        Failure to follow a district court's local rules is a proper grounds for dismissal. U.S. v.

25   Warren, 601 F.2d 471, 474 (9th Cir. 1979).  Thus, a court may dismiss an action for plaintiff's

26

1

1  failure to oppose a motion to dismiss, where the applicable local rule determines that failure to

2  oppose a motion will be deemed a waiver of opposition.  See Ghazali v.Moran, 46 F.3d 52 (9th

3  Cir. 1995), cert. denied 116 S.Ct. 119 (1995) (dismissal upheld even where plaintiff contends he

4  did not receive motion to dismiss, where plaintiff had adequate notice, pursuant to F.R.C.P. 5(b),

5  and time to file opposition); cf. Marshall v. Gates, No. 93-5022, slip op. 99, 105-06 (9th Cir. Jan.

6  4, 1995); Henry v. Gill Industries, Inc., 983 F.2d 943, 949-50 (9th Cir. 1993) (motion for

7  summary judgment cannot be granted simply as a sanction for a local rules violation, without an

8  appropriate exercise of discretion).

9         Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed for

10  Plaintiff's failure to prosecute.

11         These findings and recommendations are submitted to the United States District

12  Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(1).  Within

13  thirty days after being served with these findings and recommendations, any party may file

14  written objections with the court and serve a copy on all parties.  Such a document should be

15  captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the

16  objections shall be served and filed within ten days after service of the objections.   The parties

17  are advised that failure to file objections within the specified time waives all objections to the

18  judge's findings of fact.  See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998).  Failure to file

19  objections within the specified time may waive the right to appeal the District Court's order.

20  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

21

22  IT IS SO ORDERED.

23  **Dated:    December 11, 2007**              **/s/  William M. Wunderlich**
                                                UNITED STATES MAGISTRATE JUDGE

24

25

26