IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE D. MOORE,

        Plaintiff,                CV F 05 1009 LJO WMW PC

    vs.                           ORDER

D. SNELL, et al.,

        Defendants.

       On December 12, 2007, findings and recommendations were entered, recommending dismissal of this action for Plaintiff's failure to file a response to the November 9, 2007, motion to dismiss. On January 2, 2008, Plaintiff filed objections to the findings and recommendations. In his objections, Plaintiff appears to set forth legal arguments in opposition to the motion to dismiss.

       The Court will grant Plaintiff an opportunity to file opposition to the motion to dismiss. Should Plaintiff fail to do so, the Court will construe the January 2, 2008, objections as an opposition to the motion.

       Accordingly, IT IS HEREBY ORDERED that:

       1. The December 12, 2007, recommendation of dismissal is vacated.

       2. Plaintiff is granted thirty days from the date of service of this order in which to file an

1 opposition to Defendants' motion to dismiss.

3 IT IS SO ORDERED.

4 **Dated:   March 11, 2008**           /s/  William M. Wunderlich
                                        UNITED STATES MAGISTRATE JUDGE