IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE D. MOORE,<br><br>    Plaintiff,<br><br>    vs.<br><br>D. SNELL, et al.,<br><br>    Defendants.<br>_____/ | 1:05-cv-01009-LJO-WMW (PC)<br><br>ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(DOCUMENT #32)<br><br>(30) THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On September 18, 2008, plaintiff filed a motion to extend time to file objections to findings and recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file objections to findings and recommendations..

IT IS SO ORDERED.

**Dated:   September 19, 2008**          /s/  William M. Wunderlich
                                        UNITED STATES MAGISTRATE JUDGE