IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE D. MOORE,

    Plaintiff,                              1: 05 CV 1009 LJO WMW PC

    vs.                                      ORDER RE: FINDINGS & RECOMMENDATIONS (#31)

D. SNELL, et al.,

    Defendants.

       Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

       On August 28, 2008, findings and recommendations were entered, recommending dismissal of this action for Plaintiff's failure to exhaust his available administrative remedies pursuant to 42 U.S.C. § 1997e(a). Plaintiff was provided an opportunity to file objections within thirty days. On October 9 and October 24, 2008, Plaintiff filed objections to the findings and recommendations.

       In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and

proper analysis.

        Accordingly, THE COURT HEREBY ORDERS that:

    1. The Findings and Recommendations issued by the Magistrate Judge on August 28, 2008, are adopted in full; and

    2. This action is dismissed for Plaintiff's failure to exhaust his available administrative remedies prior to filing suit.  The Clerk is directed to close this case.

IT IS SO ORDERED.

**Dated:**  **February 5, 2009**                                                       /s/ Lawrence J. O'Neill
                                                                                          UNITED STATES DISTRICT JUDGE